447 A.2d 651

Thomas, et ux. v. Jos. Infante, et al.

Appeal of Richard J. Thomas.

Argued September 9, 1981.

Steven D. Gitman, for appellant; Hugh J. Hutchison, for appellees.

Before HESTER, McEWEN and SHERTZ, JJ.

The order denying the motions by plaintiffs for a judgment N.O.V. or for a new trial is affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.